# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| TAMMY L. LEONARD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 21-cv-1726 JPG |
| | ) | | |
| SALEEM H. GILLANI and | ) | | |
| R&P LOGISTICS, INC., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Notice of Settlement (Doc. 11), which the Court construes as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiff has the absolute right to dismiss this case at the present time, the Court finds this action is **DISMISSED** with prejudice and **DIRECTS** the Clerk of Court to close this case.

DATED: 1/7/2022

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE